# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Change of Plea

USA v    JOSHUA CALEB BARNES                          Date:    11/13/23

Case No.  CR-2-22-114                    Time   1:02 p.m.    To 1:30 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

===================================================================

| Corey Shipley | Emily Swecker |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1** - Accepted

Plea Agreement filed on **10/24/23 [Doc. 41]**

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement

**SENTENCING DATE:**  **April 15, 2024 @ 9:00 a.m.**     Before **Honorable J. Ronnie Greer**